# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re:<br>JAMES R ALVAREZ | : | Case No:　09-60340 |
| | : | Chapter 13 |
| | : | Judge:　John E. Hoffman Jr. |

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.

Dated:　August 18, 2011　　　　　　　　　　　/s/ Frank M. Pees
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Frank M. Pees
　　　	　　　　　　　　　　　　　　　　　　　Chapter 13 Trustee

**Name and Address**　　　　　　　　　　　　　　　　　　　　　　　　　**Amount**

HARDIN MEMORIAL HOSPTITAL　　　　　　　　　　　　　　　　　　　　6.03
% CREDIT BUREAU SYSTEMS INC
PO BOX 8249
PADUCAH, KY  42302